691 A.2d 816

IN THE MATTER OF STEVEN M. KRAMER,
AN ATTORNEY AT LAW.

April 24, 1997.

## ORDER

The Disciplinary Review Board on November 8, 1996, having filed with the Court its decision concluding that **STEVEN M. KRAMER** of **WAYNE,** who was admitted to the bar of this State in 1983, should be suspended from the practice of law for a period of six months for his violations of *RPC* 1.2(a) (failure to abide by a client's decisions about the objectives of the representation) and *RPC* 1.8(j) (obtaining a proprietary interest in the cause of action or subject matter of litigation), and good cause appearing;

It is ORDERED that **STEVEN M. KRAMER** is hereby suspended from the practice of law for a period of six months, effective May 16, 1997, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.